1 | CHRISTOPHER V. YERGENSEN, ESQ.
2 | Nevada State Bar Number 6183
  | NEVADA ASSOCIATION SERVICES, INC.
3 | 6224 West Desert Inn Road
  | Las Vegas, NV 89146
4 | Telephone:   (702) 804-8885
  | Facsimile:   (702) 804-8887
5 | Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| BANK OF AMERICA, N.A., | CASE NO.: 2:16-cv-00300 |
| --- | --- |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| GLENEAGLES HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 3844 BLUE GULL; NEVADA ASSOCIATION SERVICES, INC. | |
| Defendants. | |
| | **(First Request)** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(First Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff Bank of America, N.A's (hereinafter "Plaintiff"), Complaint filed on February 16, 2016.  Pursuant to Stipulation of the parties, Defendant shall have until May 7, 2016.

/ / /

/ / /

/ / /

/ / /

1    This is the parties' first request for an extension.

2    DATED this 7th day of April, 2016.

3

4  By: /s/Tenesa Scaturro Esq.                By: /s/Christopher V. Yergensen
     Tenesa Scaturro, Esq.                         Christopher V. Yergensen, Esq.
5    Nevada Bar No. 12488                          Nevada Bar No. 6183
     Akerman                                       Nevada Association Services, Inc.
6    1160 Town Center Drive                        6224 West Desert Inn Road
7    Suite 330                                     Las Vegas, NV 89146
     Las Vegas, NV 89144                           Telephone: 702-804-8885
8    Telephone: 702-634-5000                       Facsimile: 702-804-8887
     Facsimile: 702-380-8572                       *Attorney for Defendant Nevada Association
9    *Attorney for Plaintiff*                      Services, Inc.*
10
                                          **DENIED.**  *See* Local Rule 6-1(b) (requests
11                                        for extension must "state the reasons for
                                          the extension requested").
12
13                                        **IT IS SO ORDERED:**

14
                                          _____
15                                        United States Magistrate Judge

16                                        **DATED:** _April 8, 2016_____

17

18

19

20

21

22

23

24

25

26

27

28