DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
         tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N. A.<br><br>                        Plaintiff,<br>vs.<br><br>GLENEAGLES HOMEOWNER ASSOCIATION; SATICOY BAY LLC SERIES 3844 BLUE GULL; NEVADA ASSOCIATION SERVICES, INC.,<br><br>                        Defendants.<br>SATICOY BAY LLC SERIES 3844 BLUE GULL,<br><br>                        Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>                        Counterdefendant. | Case No.:     2:16-cv-00300-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A. TO RESPOND TO DEFENDANT GLENEAGLES HOMEOWNER ASSOCIATION'S MOTION TO DISMISS [ECF NO. 21]**<br><br>**(Second Request)** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant Gleneagles Homeowner Association (**Gleneagles**) hereby stipulate and agree as follows:

. . .

. . .

{38185879;1}

The parties hereby stipulate and agree BANA's time to respond to Gleneagles's motion to dismiss filed April 8, 2016, (ECF No. #21) shall be continued from May 19, 2016 until May 26, 2016.

This is the second request for an extension of this deadline. BANA requests the additional time to afford it the opportunity to adequately respond to Gleneagles's motion to dismiss in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases. The parties submit this request in good faith without the purpose of undue delay.

DATED this 6th day of May, 2016

| | |
|---|---|
| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
| */s/ Tenesa S. Scaturro, Esq.* | */s/ H. Sunny Jeong, Esq.* |
| DARREN T. BRENNER, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 6653 |
| TENESA S. SCATURRO, ESQ. | J. WILLIAM EBERT, ESQ. |
| Nevada Bar No. 12488 | Nevada Bar No. 2697 |
| 1160 Town Center Drive, Suite 330 | H. SUNNY JEONG, ESQ. |
| Las Vegas, NV 89144 | Nevada Bar No. 12981 |
| *Attorneys for Plaintiff* | 9900 Covington Cross Drive, Suite 120 |
| | Las Vegas, NV 89144 |
| | *Attorneys for Defendant Gleneagles Homeowner Association* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 6, 2016.

{38185879;1}