UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | Case No. 2:16-cv-00300-APG-NJK |
| ) | |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 32) |
| GLENEAGLES HOMEOWNERS ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a stipulation to extend the time for Nevada Association Services ("NAS") to respond to the complaint. Docket No. 32. The stipulation reveals that counsel has failed to comply with relevant deadlines, review court orders, and otherwise diligently comply with his obligations in this case.[1] Morever, it appears that the signatories to the stipulation failed to review it prior to its filing, as it seeks initially "thirty additional days from the date of entry of this order to file a responsive pleading" but immediately thereafter seeks a new deadline of May 23, 2016. *See* Docket No. 32 at 1. In the interest of moving this case forward, however, the Court will **GRANT** the stipulation.

---

[1] This is one of a series of cases involving NAS in which the deadline to respond to the complaint has long passed, *see* Docket No. 7, NAS's previous stipulation to extend was denied but never refiled, *see* Docket No. 20, and the pending stipulation is untimely even under the proposed deadline in the now-denied stipulation, *see id*.

The Court cautions all counsel that they are expected to carefully read court orders, that they are expected to comply with all deadlines, and that they are expected to carefully review all filings that they submit to ensure their accuracy. **FAILURE TO COMPLY WITH COURT ORDERS OR APPLICABLE RULES MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

DATED: May 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2