H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
  E-Mail: Sunny.Jeong@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| Bank of America, N.A.,<br><br>    Plaintiff,<br><br>    vs.<br><br>Gleneagles Homeowners Association, et al.,<br><br>    Defendants. | CASE NO. 2:16-cv-00300-APG-NJK<br><br>~~EX PARTE~~ **MOTION TO WITHDRAW AND REMOVE COUNSEL FROM SERVICE LIST** |

H. Sunny Jeong, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP, brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix. While affiliated with the law firm LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. ("LNCSG"), Counsel previously represented Defendant Gleneagles Homeowners Association ("Defendant") in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4849-5210-3733.1

Counsel is no longer affiliated with LNCSG, no longer represents Defendant, and has no further need to receive CM/ECF notifications in this case.  Because LNCSG still represents Defendant, no parties are prejudiced by this withdrawal.

DATED this 3rd day of August, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ H. Sunny Jeong
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

IT IS SO ORDERED.

Dated this 4th day of August, 2016

_____
United States Magistrate Judge

4849-5210-3733.1

2