DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00300-APG-NJK |
| Plaintiff, | |
| v. | |
| GLENEAGLES HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 3844 BLUE GULL; NEVADA ASSOCIATION SERVICES, INC., | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| Defendants. | (ECF No. 68) |

Plaintiff and counter-defendant Bank of America, N.A., defendant and counter-claimant Saticoy Bay, LLC Series 3844 Blue Gull, and defendant Gleneagles Homeowners Association submit this stipulation to extend all deadlines to oppose motions for summary judgment for approximately 10 days to February 18, 2019.

The current deadlines are February 6 and 7, 2019, 21 days after the summary judgment motions were filed on January 16 and 17, 2019 (*See* ECF No.ls 60, 61, and 66.) The continuance is requested because the parties' counsel are currently drafting briefs in numerous cases and need additional time to adequately respond to the arguments in the motions.

///

///

1

47735148;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Dated: February 6, 2019

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff Bank of America, N.A*

Dated: February 6, 2019

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 6985
ADAM TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Center Circle, Suite 480
Las Vegas, NV 89119

*Attorneys for Defendant Saticoy Bay, LLC Series 3844 Blue Gull*

Dated: February 6, 2019

**LIPSON NEILSON P.C.**

*/s/ Karen Kao*
J.WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant Gleneagles Homeowners Association*

## COURT APPROVAL

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 6, 2019.
Case No. 2:16-cv-300-APG-NJK (ECF No. 68)

2

47735148;1