# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bank of America, N.A.,

        Plaintiff,

v.

Gleneagles Homeowners Association, et al.,

        Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00300-APG-NJK

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered against Nevada Association Services, Inc. only as to Bank of America, N.A.'s quiet title/declaratory relief claim.

4/22/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk